# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

-------------------

Case No. 6D23-375
Lower Tribunal Nos. CF16-56 and CF16-74

-------------------

DESHAWN MONTRELL JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

-------------------

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Deshawn Montrell Jones, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED